Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CURTIS A. PARROTT, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BELLINGHAM, a municipal corporation, JEFFREY YODER; and JACOB ESPARZA, a Bellingham police officer, and the marital community of JACOB ESPARZA and JANE DOE ESPARZA, <br><br> Defendants. | No. 2:17-cv-00044-RSL <br><br> STIPULATION AND ORDER OF DISMISSAL <br><br> NOTED FOR CONSIDERATION: JANUARY 22, 2018 |

**STIPULATION**

It is hereby stipulated that all claims against all Defendants should be dismissed with prejudice and without an award of fees or costs to any party.

DATED: January 22, 2018

STIPULATION AND ORDER OF DISMISSAL
(No. 2:17-cv-00044-RSL) - 1

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343

| | |
|---|---|
| CARNEY BADLEY SPELLMAN, P.S.<br>Attorneys for Plaintiff<br><br>By: *s/James E. Lobsenz*<br>James E. Lobsenz, WSBA #8787<br>Randolph J. Johnson, WSBA #50129<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Telephone: (206) 622-8020<br>Fax: (206) 467-8215<br>E-mail: lobsenz@carneylaw.com<br>johnson@carneylaw.com | MILLS MEYERS SWARTLING P.S.<br>Attorneys for the City of Bellingham and<br>Officers Jeffery Yoder and Jacob Esparza<br><br>By: *s/Geoffrey M. Grindeland*<br>Geoffrey M. Grindeland, WSBA #35798<br>Brett T. MacIntyre, WSBA #46572<br>Mills Meyers Swartling P.S.<br>1000 2nd Avenue, 30th Floor<br>Seattle, WA 98104<br>Telephone: (206) 382-1000<br>Fax: (206) 386-7343<br>E-mail: ggrindeland@millsmeyers.com<br>bmacintyre@millsmeyers.com |

## ORDER

Based on the foregoing, IT IS ORDERED that all claims asserted herein against all Defendants are DISMISSED with prejudice and without an award of fees or costs to any party.

DATED: Jan. 23, 2018

/s/ Robert S. Lasnik
Honorable Robert S. Lasnik

STIPULATION AND ORDER OF DISMISSAL
(No. 2:17-cv-00044-RSL) - 2

LAW OFFICES OF
MILLS MEYERS SWARTLING P.S.
1000 SECOND AVENUE, 30TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE (206) 382-1000
FACSIMILE (206) 386-7343